IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTINE KUTZ, :
:
Plaintiff, :
v. : 3:19-CV-0176
: (JUDGE MARIANI)
CARGILL COCOA & CHOCOLATE, INC., :
:
Defendant. :

## ORDER

AND NOW, THIS 23rd DAY OF OCTOBER, 2019, upon consideration of the "Joint Motion for Approval of Settlement" (Doc. 20), for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. The proposed attorney's fees set forth in the Settlement Agreement and Limited Release (Doc. 20-1) are **DENIED WITHOUT PREJUDICE**.

2. On or before **November 1, 2019**, Plaintiff's counsel shall file a brief and any other necessary documents and exhibits which provide the Court with the required information necessary to allow the Court to evaluate the propriety of the attorney's fees sought by Plaintiff's counsel in this case.

3. All other provisions of the Settlement Agreement and Limited Release (Doc. 20-1) are **CONDITIONALLY APPROVED** as limited and reformed by this Court's accompanying memorandum opinion.

4. The Court will **DEFER** final approval of the Settlement Agreement and Limited Release pending receipt of Plaintiff's counsel's brief, and any accompanying exhibits, setting forth the bases for the attorney's fees sought by Plaintiff's counsel.

_____
Robert D. Mariani
United States District Judge